# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In Re: Section 16(b) Litigation

JUDGMENT IN A CIVIL CASE

MASTER CASE NUMBER:  C07-1549JLR

___  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The court granted the motion to dismiss filed by 30 of the Issuer Defendants in C07-1549 (Dkt. # 56).  The court dismisses the complaints in the following cause numbers without prejudice: C07-1549; C07-1567, C07-1570, C07-1571, C07-1572, C07-1573, C07-1576, C07-1584, C07-1587, C07-1588, C07-1589, C07-1590, C07-1594, C07-1595, C07-1597, C07-1598, C07-1605, C07-1623, C07-1624, C07-1629, C07-1631, C07-1633, C07-1637, C07-1652, C07-1653, C07-1654, C07-1655, C07-1666, C07-1667, C07-1669;

The court granted the omnibus motion to dismiss filed by the Underwriter Defendants in C07-1549 (Dkt. # 57) as to the remaining 24 cases: C07-1566, C07-1568, C07-1569, C07-1575, C07-1577, C07-1578, C07-1579, C07-1580,  C07-1581,  C07-1582, C07-1583,  C07-1585,  C07-1593,  C07-1626,  C07-1627, C07-1628, C07-1630, C07-1632, C07-1634, C07-1635, C07-1636, C07-1638, C07-1668, C07-1670. The court dismisses these complaints with prejudice.

Dated this 12th day of March, 2009.

_____BRUCE RIFKIN_____
Clerk

s/Mary Duett

_____
Deputy Clerk